IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEONARD A. SMITH,<br><br>           Petitioner,<br><br>     vs.<br><br>MATT KRAMMER, Warden,<br><br>           Respondent.<br>_____/ | 1:07-cv-01133-OWW-TAG (HC)<br><br>ORDER GRANTING PETITIONER'S MOTION FOR EXTENSION OF TIME TO RESPOND TO RESPONDENT'S MOTION TO DISMISS<br><br>(Doc. 11)<br><br>DEADLINE TO FILE RESPONSE TO MOTION TO DISMISS: June 2, 2008 |

Petitioner is a state prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. § 2254. On April 25, 2008, Petitioner filed a motion to for a 30-day extension of time to respond to Respondent's motion to dismiss. (Doc. 11).

Good cause having been presented to the Court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

1. Petitioner's motion for an extension of time is GRANTED;

2. Petitioner shall have to and including June 2, 2008 in which to respond to Respondent's motion to dismiss.


IT IS SO ORDERED.

Dated:  **May 13, 2008**                              /s/ Theresa A. Goldner
                                                                UNITED STATES MAGISTRATE JUDGE